425 A.2d 848

Guelich v. Guelich, Appellant.

Argued November 12,

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.

1979. Joanne Wilder, for appellant; James A. Naddeo, for appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Case remanded with directions to furnish this court with a more comprehensive opinion making specific findings of fact on which order awarding custody of children was based. *See Garrity v. Garrity*, 268 Pa.Super. 217, 224, 407 A.2d 1323, 1327 (1979).